## WILLIAM ROBISON AND HUGH ROBISON MARTIN, LATE MERCHANTS UNDER THE FIRM OF ROBISON & MARTIN
### v.
## GEORGE MELDRUM AND JOHN ASKIN

### 1811

#### JOURNAL ENTRIES

1. Declaration filed; plea; issue; continuance . . *Journal, infra*, *p. 358

PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . .